# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CINDY BRADEN,<br><br>    Plaintiff(s),<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, *et al.*,<br><br>    Defendant(s). | Case No.: 2:18-cv-01741-JAD-NJK<br><br>**ORDER**<br><br>(Docket No. 19) |

Pending before the Court is a stipulation to extend various discovery deadlines, filed on December 12, 2018. Docket No. 19. The parties' stipulation requests a 90-day extension of various discovery deadlines but appears instead to seek a stay of discovery pending the Court's resolution of Defendant's motion to dismiss without addressing the relevant standards. *Id*. at 3-4.

All requests to extend deadlines must be supported by a showing of good cause. *See, e.g.*, Local Rule 26-4. An additional showing of excusable neglect must be made with respect to requests to reopen deadlines that have expired. *See, e.g.*, *id.*; Fed. R. Civ. P. 6(b)(1)(B). Here, the parties seek to extend at least one discovery deadline which has expired but fail to address, let alone demonstrate, excusable neglect.

. . .
. . .
. . .
. . .

1

Accordingly, for the reasons described more fully above, the stipulation is hereby **DENIED** without prejudice. To the extent the parties desire a stay, the parties shall file a stipulation or motion in accordance with the local rules that fully addresses the relevant standards.

IT IS SO ORDERED.

Dated: December 13, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge